468 A.2d 850

Commonwealth, Appellant v. Lorah.

Argued June 1, 1981.  Stuart Suss, Assistant District Attorney, for Commonwealth, appellant; Lawrence Hracho, for appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.*

The order of the learned Berks County Common Pleas Court Judge Warren K. Hess is affirmed.

468 A.2d 851

Commonwealth v. McClain, Appellant.

Submitted October 12, 1983.  Joann Selleck, Assistant Public Defender, for appellant; F. Ned Hand, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed.

* SHERTZ, J., did not participate in the consideration or decision of this case.